# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. CV 17-6726 MRW<br><br>**JUDGMENT** |

For the reasons stated in the Court's Findings of Fact and Conclusions of Law, judgment is hereby ENTERED in favor of Plaintiff Anderson and against Defendant United States of America in the amount of $1,500.

Dated: October 17, 2019

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE